JS-6

1 ANDRÉ BIROTTE, JR.
  United States Attorney
2 ROBERT E. DUGDALE
  Assistant United States Attorney
3 Chief, Criminal Division
  STEVEN R. WELK
4 Assistant United States Attorney
  Chief, Asset Forfeiture Section
5 DAVID A. LOMBARDERO, CSB # 71715
  Special Assistant United States Attorney
6 Asset Forfeiture Section
7   Federal Courthouse, 14th Floor
    312 North Spring Street
8   Los Angeles, California 90012
    Telephone: (213) 894-7418
9   Facsimile: (213) 894-7177
    E-mail: David.Lombardero@usdoj.gov
10
11
   Attorneys for Plaintiff
12 United States of America
13
14              UNITED STATES DISTRICT COURT
15        FOR THE CENTRAL DISTRICT OF CALIFORNIA
16 UNITED STATES OF AMERICA,          No. CV 11-5145-GAF (PJWx)
17              Plaintiff,            [PROPOSED]
18      vs.                          CONSENT JUDGMENT
19 $811,330 IN BANK FUNDS SEIZED     OF FORFEITURE
20 FROM ONE FIRST BANK ACCOUNT,
21              Defendant.
22 KOBY INTERNATIONAL, INC., a
   California corporation,
23
                Claimant.
24
25      This action was filed on June 20, 2011.  Notice was given and published in
26 accordance with law.  Claimant, KOBY INTERNATIONAL, INC., a California
27 corporation, ("Claimant" or "Koby"), is the entity from whose bank account
28 defendant $811,330 in Bank Funds ("Defendant Funds") was seized.  Koby filed a

timely claim for return of the Defendant Funds. No other claims were filed, and the time for filing claims has expired. Koby denies any wrongdoing, and has denied the material allegations of the Complaint, except for jurisdiction.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action, and have stipulated and requested that judgment be entered on the following terms.

Good cause appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      This Court has jurisdiction over Plaintiff, the Defendant Funds, Claimant and the subject matter of this action.

2.      Notice of this action has been given in accordance with law. All potential claimants to the Defendant Funds other than Koby are deemed to have admitted the allegations of the Complaint. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.      The Department of the Treasury shall calculate the amount of interest (actual or constructive) earned on the Defendant Funds through the date of disbursement pursuant to this Consent Judgment.

4.      The United States of America shall have judgment as to 22.5% (*i.e.*, $182,549.25) of Defendant Funds plus any interest earned thereon. No other person or entity shall have any right, title or interest in the funds awarded to the United States. The Department of Treasury is ordered to dispose of said assets in accordance with law.

5.      The funds awarded to the United States are forfeited under the authority of 31 U.S.C. §§ 5317(c) & 5324, and 18 U.S.C. § 984; however, this award is based on the parties' stipulation, and the Court makes no finding regarding whether Koby or its principals violated any law.

6.      The remainder of the Defendant Funds (*i.e.*, $628,780.75) plus any interest earned thereon shall be paid to Koby promptly after entry of this

1  judgment.  Koby and its counsel shall provide, in writing, the information
2  necessary for the government to make the payment called for herein by
3  electronic funds or wire transfer in accordance with federal law.

4        7.    The United States of America, its agencies, agents, and officers,
5  including employees and agents of the Internal Revenue Service and local or state
6  law enforcement officers cross-designated as agents of the United States, are
7  released from any and all claims, actions or liabilities arising out of or related to
8  this action.  All parties shall bear their own costs of suit, including attorneys' fees.

9        8.    The Court finds that there was reasonable cause for the seizure of the
10  Defendant Funds and institution of these proceedings.  This judgment shall be
11  construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

12  Dated: _September 10_____, 2012

15  HON. GARY A. FEESS
    UNITED STATES DISTRICT JUDGE

17  Presented by:
18  ANDRÉ BIROTTE, JR.
    United States Attorney
19  ROBERT E. DUGDALE
    Assistant United States Attorney
20  Chief, Criminal Division
    STEVEN R. WELK
21  Assistant United States Attorney
    Chief, Asset Forfeiture Section
22  By _David A. Lombardero___
23  David A. Lombardero
    Assistant United States Attorney
24  Attorneys for Plaintiff, United States

25
26
27
28